IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRENDA LEE SERSTAD,

                Plaintiff,

v.

AMERICAN FAMILY INSURANCE,

                Defendant.

ORDER

15-cv-169-jdp

---

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered December 16, 2015.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge